UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RONALD HUGH HUTTON, ) ) Plaintiff, ) ) v. ) ) U.S. DEPARTMENT OF VETERANS ) AFFAIRS, Board of Veterans Appeals, ) ) Defendant. ) | **JUDGMENT** No. 5:15-CV-9-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on April 22, 2015, that the court ADOPTS the findings and recommendations of the United States Magistrate Judge in full and for reasons stated more specifically therein, plaintiff's complaint is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2). Further, plaintiff is enjoined from filing in this district any motion or lawsuit against the U.S. Department of Veterans Affairs.

**This Judgment Filed and Entered on April 22, 2015, and Copies To:**

Ronald Hugh Hutton (via U.S. Mail) 220 Snow Ave., Apt. 212 C, Raleigh, NC 27603

April 22, 2015         JULIE RICHARDS JOHNSTON, CLERK
                        /s/ Christa N. Baker
                       (By) Christa N. Baker, Deputy Clerk